UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Docket No. 7:12-MJ-1090-1RJ
Southern Division

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **MEAGAN JUSTINA VANOVER** | ) | |

Meagan Justina Vanover appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Wilmington, North Carolina, and entered a plea of guilty to 21 U.S.C. § 844(a). The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months, pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Vanover has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the 6 day of August, 2013.

Robert B. Jones, Jr.
U.S. Magistrate Judge